UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

DAVID BROWN,                                    )
                                                )
        Plaintiff,                              )
                                                )       Case No.  4:22-cv-00831-FJG
        v.                                      )
                                                )
HARTFORD LIFE & ACCIDENT                        )
INSURANCE COMPANY,                              )
                                                )
        Defendant.                              )

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

        The Parties, by and through their respective counsel, stipulate and agree that this cause of

action be dismissed with prejudice, with each party to bear his/its own costs and attorneys' fees.

In support hereof, the parties show the Court that all matters previously in dispute between them

have been fully resolved.

        WHEREFORE, the parties, by their respective counsel, stipulate that this cause of action

be dismissed with prejudice, with each party to bear his/its own costs and attorneys' fees.


Respectfully submitted,

BURNETTDRISKILL, Attorneys              OGLETREE, DEAKINS, NASH,
                                        SMOAK & STEWART, P.C.


By: *s/ Derrick A. Pearce (with consent)*    By: *s/  Cristin J. Mack          .*
Derrick A. Pearce                       Cristin J. Mack
Paul Taylor                             7700 Bonhomme Ave., Suite 650
103 W. 26th Avenue, Ste. 290            St. Louis, MO 63105
North Kansas City, Missouri 64116       Phone: (314) 802-3935
Telephone (816) 781-4836                Fax: (314) 802-3960
Fax (816) 792-3634                      cristin.mack@ogletree.com
dpearce@burnettdriskill.com
ptaylor@burnettdriskill.com

ATTORNEYS FOR PLAINTIFF                 ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was filed electronically on this 3rd day of July, 2023 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Derrick A. Pearce
dpearce@burnettdriskill.com

Kyle H. Sciolaro
ksciolaro@burnettdriskill.com

Paul Taylor
ptaylor@burnettdriskill.com

*s/ Cristin J. Mack*
Cristin J. Mack

57104250.v1-OGLETREE